UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| ALICIA SIMMONS, | ) | Case No. 3:24-cv-00433-SB |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING FEES |
| | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| v. | ) | |
| | ) | |
| COMMISSIONER SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Attorney fees in the amount of $21,223.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $7,900.00. After offset, the net amount of the attorney fee payable is $13,323.75. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $13,323.75 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this 9th day of February, 2026.

HON. STACIE F. BECKERMAN
United States Magistrate Judge

ORDER – 406(b) FEES                              1